No. 01–9265. KUYPERS *v.* COMPTROLLER OF THE TREASURY OF MARYLAND ET AL. C. A. 4th Cir.; and

No. 01–9269. DAUTREMONT *v.* PLANNED PARENTHOOD OF GREATER IOWA, INC. C. A. 8th Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until June 18, 2002, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 01–9955. IN RE BENNETT. Petition for writ of habeas corpus denied.

No. 01–10406 (01A931). IN RE BEAZLEY. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Petition for writ of habeas corpus denied. JUSTICE SCALIA, JUSTICE SOUTER, and JUSTICE THOMAS took no part in the consideration or decision of this application and this petition.

No. 01–9314. IN RE AL-HAKIM. Petition for writ of mandamus denied.

No. 01–1420. WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES ET AL. *v.* GUARDIANSHIP ESTATE OF KEFFELER ET AL. Sup. Ct. Wash. Certiorari granted.

No. 01–1107. VIRGINIA *v.* BLACK ET AL. Sup. Ct. Va. Motion of Criminal Justice Legal Foundation for leave to file a brief as *amicus curiae* granted. Certiorari granted.

No. 01–1184. UNITED STATES *v.* JIMENEZ RECIO ET AL. C. A. 9th Cir. Motions of respondents for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 01–1209. BOEING CO. ET AL. *v.* UNITED STATES; and

No. 01–1382. UNITED STATES *v.* BOEING SALES CORP. ET AL. C. A. 9th Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument.